IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PEGGY HARRINGTON,
Special Administator of the
Estate of Jayden Lee Harringon,
deceased,

Plaintiff,

v.

UNITED STATES OF AMERICA,
and ALTON MEMORIAL HOSPITAL,

Defendants.                                                No. 11-0358-DRH

## ORDER

**HERNDON, Chief Judge:**

      Yesterday, plaintiff filed a notice of dismissal (Doc. 9). Specifically, plaintiff moves to voluntarily dismiss Alton Memorial Hospital. Pursuant to the notice, the Court **DISMISSES without prejudice** Alton Memorial Hospital.

      **IT IS SO ORDERED.**

      Signed this 6th day of July, 2011.

David R. Herndon
2011.07.06
10:13:18 -05'00'

**Chief Judge**
**United States District Court**