IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PEGGY HARRINGTON, Special
Administrator of the Estate of
Jayden Lee Harrington, Deceased,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.                  NO. 11-CV-358-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 27, 2011, this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                                    **Deputy Clerk**

Dated: January 5, 2012

                          David R. Herndon
                          2012.01.05
                          07:23:26 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT